IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIKA NEWBY,

          Plaintiff,

  v.

RITA'S WATER ICE FRANCHISE
CORPORATION, et al.,

          Defendants.

CIVIL ACTION
NO. 15-3880

## ORDER

**AND NOW**, this 6th day of October 2015, upon receipt of Plaintiff's Notice of

Voluntary Dismissal (Doc. No. 8), it is **ORDERED** as follows:

1.    The above-captioned case is **DISMISSED WITHOUT PREJUDICE** pursuant to

      Rule 41.1(a) of the Federal Rules of Civil Procedure.

2.    The Clerk of Court shall close this case for statistical purposes.


                  BY THE COURT:


                  /s/ Joel H. Slomsky
                  JOEL H. SLOMSKY, J.